# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139278 & (13)

SALEM TOWNSHIP,
   Plaintiff-Appellant,

v

                SC: 139278
                COA: 292680
SALEM SPRINGS, LLC, and SCHOSTAK  Washtenaw CC: 09-000432-CK
SALEM SPRINGS, LLC,
   Defendants-Appellees,

and

SCHOSTAK BROTHERS & COMPANY, INC.,
   Defendant.
_____/

   On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 13, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2009                    _____

d0721                       Clerk